NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEONA BELDINI, <br><br> Defendant. | Civil Action No.: 09-637 (JLL) <br><br> **ORDER** |

This matter comes before this Court by way of the Government's Motion to Revoke Bail and Designate a Surrender Date for Defendant Leona Beldini ("Defendant") [Docket Entry No. 119]; the Court having held oral argument on the instant motion on November 17, 2011, and having reviewed the submissions in support of and in opposition to the present Motion; and for the reasons set forth in this Court's accompanying Opinion,

**IT IS** accordingly on this 4th day of **January, 2012**,

**ORDERED** that the Government's Motion to Revoke Bail is **GRANTED**; and it is further

**ORDERED** that Defendant Beldini's surrender date is set for **Tuesday, April 3, 2012**, on or before 12 p.m.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge