**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, LEONA BELDINI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| | :: | DISTRICT OF NEW JERSEY |
| *Plaintiff,* | :: | |
| | :: | |
| | :: | CRIM. NO. 09-637 (JLL) |
| vs. | :: | |
| | :: | |
| LEONA BELDINI, | :: | PROPOSED ORDER TO SEAL |
| | :: | |
| *Defendant(s)* | :: | |

**THIS** matter, having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Leona Beldini, requests an Order to file attachments to document 139 submitted on March 29, 2012, under seal, and the United States Attorney, by Sandra Moser, Assistant United States Attorney, appearing and for good cause shown,

**IT IS** on this 29th day of March, 2012;

**ORDERED** that all documents attached to the March 29, 2012 letter be filed under seal.

_____
HON. JOSE L. LINARES, USDJ